```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
HDI GLOBAL INSURANCE COMPANY,        :
:
Plaintiff,     :
:    21-cv-3954 (VSB)
-against-          :
:       **ORDER**
EIMSKIPAFELAG ISLANDS HF. et al.,         :
:
Defendants.    :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that the parties in this case have reached a settlement agreement.  It is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: August 13, 2021
       New York, New York

                                       Vernon S. Broderick
                                       United States District Judge